UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES EARL THOMAS, | CASE NO. 3:24-cv-05926-JNW-DWC |
| Petitioner, | ORDER |
| v. | |
| JASON BENNETT, | |
| Respondent. | |

The Report and Recommendation ("R&R") of Magistrate Judge David W. Christel is before the Court. Dkt. No. 3. Petitioner James Earl Thomas filed no objections to the R&R, and the time for filing objections has passed. Having considered the R&R, the remainder of the record, and the relevant law, the Court is satisfied that the R&R contains no errors of law and that there are no clear errors on the face of the record. Fed. R. Civ. P. 72(b); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, the Court ORDERS:

- The Court ADOPTS the Report and Recommendation. Dkt. No. 3.

ORDER - 1

- This action is dismissed without prejudice for failure to cure filing deficiencies and failure to properly prosecute.
- The Clerk is directed to send copies of this Order and the accompanying Judgment to Petitioner and to the Hon. David W. Christel.

Dated this 3rd day of January, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2